**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6786**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

EQUAN CORNELIUS DUNSTON,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:18-cr-00022-D-1)

_____

Submitted:  December 13, 2022                    Decided:  May 18, 2023

_____

Before GREGORY, Chief Judge, WYNN, Circuit Judge, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Equan Cornelius Dunston, Appellant Pro Se.  Rudy E. Renfer, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Equan Cornelius Dunston appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Having reviewed the record, we conclude that the district court did not abuse its discretion in ruling that the pertinent 18 U.S.C. § 3553(a) sentencing factors weighed against compassionate release. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court also denied Dunston's motion for a sentence reduction under § 404 of the First Step Act. But Dunston has waived review of that decision because he does not raise a challenge in his informal brief. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").